

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Maria Duria Chavelas, Individually, also known as Maria Duria Wilhelm d/b/a International Legal Services-Abogados, d/b/a Abogados Sin International Legal Services and d/b/a Attorney's without Borders, | § | No. 08-19-00081-CV |
| | § | Appeal from the |
| | § | 346th District Court |
| | § | of El Paso County, Texas |
| Appellant, | § | (TC# 2014DCV1634) |
| v. | § | |
| The State of Texas, | § | |
| State. | § | |
| | § | |

**O R D E R**

Pending before the Court is a second motion filed by Appellant, Maria Duria Chavelas, requesting the appointment of counsel and a translator to assist her on appeal. As the Court stated in the order issued on April 16, 2019, Appellant is not entitled to the appointment of counsel or a translator to assist her in this appeal from a civil judgment granting monetary and injunctive relief against her. Appellant has also made another request for free copies of documents, recordings, and any material in her case file. The Rules of Appellate Procedure do not authorize this Court to grant this request. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 26th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.